In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) In the matter of the application of the Brooklyn Bar Association to punish Benjamin E. Valentine, an attorney.

PER CURIAM. We think that a further investigation by this court of the first charge against the respondent should be deferred until the criminal prosecution in Nassau county involving that charge is terminated. Rochester Bar Association v. Dorthy, 152 N. Y. 596, 46 N. E. 835. As to the other charges in this proceeding, a reference will be ordered to Hon. James Troy, under section 68 of the Code of Civil Procedure.

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of the application of the Brooklyn Bar Association to punish Eugene R. Hayne, an attorney. No opinion. Order of reference to William Watson, Esq., under section 68 of the Code of Civil Procedure.

BROWN, Respondent, v. TRAVELERS' INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Magdalena Brown against the Travelers' Insurance Company. No opinion. Judgment and order affirmed, with costs.

BROWNING, Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by William C. Browning against Benjamin W. Stilwell. W. W. Scrugham, for appellant. C. E. Thornall, for respondent. No opinion. Judgment and order (86 N. Y. Supp. 707) affirmed, with costs.

BRUNNEMER v. COOK & BERNHEIMER CO. et al. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by John Brunnemer, as receiver, etc., of James M. Connelly, judgment creditor, against the Cook & Bernheimer Company and another. No opinion. Motion denied.

In re BRUSH. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of Isabella J. Brush. No opinion. Motion granted, with $10 costs.

BUCKLIN, Respondent, v. BUFFALO, A. & A. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Cornelius P. Bucklin against the Buffalo, Attica & Arcade Railroad Company. No opinion. Order (85 N. Y. Supp. 114) affirmed, with $10 costs and disbursements.

In re BURBY. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) In the matter of the charges against Alonzo A. Burby, an attorney of the Supreme Court of the state of New York. No opinion. Report of referee confirmed, and said Alonzo A. Burby is suspended from practice as an attorney and counselor at law for the period of two years.

BURNS, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Divisino, Fourth Department. March 15, 1904.) Action by Ellen Burns against the city of Buffalo.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the question of defendant's negligence and plaintiff's freedom from negligence were questions of fact for the jury. SPRING, J., not sitting.

BUTLER, Respondent, v. MICHIGAN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department April 22, 1904.) Action by Nettie Butler against the Michigan Mutual Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

BYCK, Respondent, v. ROSENSTOCK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Gisela Byck against Max Rosenstock and Edward Cohn, doing business under the firm name and style of Rosenstock & Cohn.

PER CURIAM. Motion denied, upon condition that the appeal papers be perfected, so that the case may be placed upon the calendar for argument at the next term of this court.

CALDWELL et al. v. LABARRE et al. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Howard Caldwell and another against J. Walter Labarre and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CAMPBELL, Respondent, v. FRIEDLANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Genie H. Campbell against Albert Friedlander and others. No opinion. Motion denied.

CAREY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Patrick Carey against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CARLE v. STARRETT et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by John J. Carle against George B. Starrett and others. No opinion. Motion denied, with $10 costs.

CASSAVOY, Respondent, v. PATTISON, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Anson Cassavoy against William L. Pattison. No opinion. Motion for reargument denied, with $10 costs. See Cass v. Shewman, 61 Hun, 472, 16 N. Y. Supp. 236.